# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-4018

_____

Leugene Cash Bettis,           *
                               *
            Appellant,         *
                               *    Appeal from the United States
      v.                       *    District Court for the Eastern
                               *    District of Missouri.
Teamsters Brewery Workers Pension  *
Plan, St. Louis,               *         [UNPUBLISHED]
                               *
            Appellee.          *

_____

Submitted:  June 14, 1999
Filed:  June 21, 1999

_____

Before BOWMAN, HEANEY, and FAGG, Circuit Judges.

_____

PER CURIAM.

Leugene Cash Bettis appeals the district court's adverse grant of summary judgment in Bettis's action to recover pension benefits under the Employee Retirement Income Security Act.  After careful review of the record and the parties' submissions, we conclude that no error of law appears in the district court's ruling and that an extended discussion is unnecessary.  Contrary to Bettis's view, the record is clear that Bettis was not eligible for pension benefits under the St. Louis Teamsters Brewery Workers Pension Plan because she was not an employee of a participating union employer.  We thus affirm the district court's ruling.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.